# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloch, Alan N. | USDC/WDPA | 05/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Suite 8370
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Emeritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 10-3-2017 to 10-5-2017 | Farmington, PA | Attend the Annual Retreat | Room and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bloch, Alan N.** | 05/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Philadelphia PA Gas Works Bond (12th Series) | A | Interest | J | T | | | | | |
| 2. Scranton PA Gen. Obligation (Series B) Bond | A | Interest | | | Redeemed | 09/29/17 | J | | |
| 3. Philadelphia PA School District | B | Interest | L | T | | | | | |
| 4. Spring-Ford Area School District | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 5. Philadelphia PA Water & Wastewater Series B Bond | B | Interest | | | Redeemed | 11/01/17 | K | | |
| 6. Mars PA School District Bond | A | Interest | J | T | | | | | |
| 7. Erie PA Water Authority Unref. Bond | A | Interest | J | T | | | | | |
| 8. PA State Turnpike Commission Bond | A | Interest | J | T | | | | | |
| 9. West Mifflin PA Area School District Bond | A | Interest | J | T | | | | | |
| 10. Erie PA Water Authority Preref. Bond | A | Interest | K | T | | | | | |
| 11. Reading PA School District Bond | A | Interest | K | T | | | | | |
| 12. Coatesville PA Area School District Bond | A | Interest | J | T | | | | | |
| 13. Interest-PNC Bank- Checking; Virginia Manor Shops, Pgh. | A | Interest | L | T | | | | | |
| 14. Vanguard PA Insured Tax Free Fund | B | Dividend | L | T | | | | | |
| 15. First Eagle FDS, Inc. | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 16. Harris Assoc. (Oakmark Equity and Income Fund) | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 17. Hotchkis & Wiley FDS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Dev. Markets | A | Dividend | J | T | Sold (part) | 07/14/17 | J | A | |
| 19. -- | | | | | Sold (part) | 09/18/17 | J | A | |
| 20. Parnassus | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 21. Pimco Invt. Grade Corp. Class I | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 22. Royce FD | A | Dividend | J | T | Sold (part) | 09/25/17 | J | | |
| 23. Sunamerica Ser. Inc. (AIG Focused Dividend Strategy) | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 24. FPA FDS | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 25. -- | | | | | Sold (part) | 10/13/17 | J | A | |
| 26. Van Eck FDS (International Invs. Gold) | A | Dividend | J | T | Sold (part) | 04/13/17 | J | A | |
| 27. -- | | | | | Sold (part) | 09/18/17 | J | A | |
| 28. AMG Funds (Yacktman Focused Fund) | A | Dividend | J | T | Sold (part) | 09/18/17 | J | | |
| 29. Vanguard Wellesley Income Fd. | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 30. ATT&T Inc. | B | Dividend | K | T | Buy (add'l) | 06/14/17 | J | | |
| 31. -- | | | | | Buy (add'l) | 10/30/17 | J | | |
| 32. Chubb Ltd. (f/k/a Ace Ltd.) | A | Dividend | J | T | | | | | |
| 33. Altria Group, Inc. | A | Dividend | K | T | Buy (add'l) | 09/25/17 | J | | |
| 34. -- | | | | | Buy (add'l) | 10/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- | | | | | Sold (part) | 03/22/17 | J | A | |
| 36. American Electric Power, Inc. | A | Dividend | J | T | | | | | |
| 37. American Tower Corp. | A | Dividend | J | T | | | | | |
| 38. Anheuser-Busch Imbev. | A | Dividend | J | T | Sold (part) | 06/08/17 | J | | |
| 39. Apple Inc. | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 40. -- | | | | | Sold (part) | 08/10/17 | J | A | |
| 41. Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 42. Automatic Data Processing | A | Dividend | | | Sold (part) | 05/08/17 | J | A | |
| 43. -- | | | | | Sold (part) | 07/24/17 | J | A | |
| 44. -- | | | | | Sold (part) | 07/25/17 | J | A | |
| 45. -- | | | | | Sold | 07/27/17 | J | A | |
| 46. BCE Inc. | A | Dividend | K | T | | | | | |
| 47. BP PLC | A | Dividend | J | T | Buy (add'l) | 09/19/17 | J | | |
| 48. Bank NY/Mellon Corp. | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 49. -- | | | | | Sold (part) | 08/10/17 | J | A | |
| 50. CH Robinson Worldwide Inc. | A | Dividend | J | T | Sold (part) | 01/30/17 | J | B | |
| 51. Chevron Corp. | B | Dividend | K | T | Buy (add'l) | 03/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Buy (add'l) | 04/26/17 | J | | |
| 53. -- | | | | | Buy (add'l) | 05/02/17 | J | | |
| 54. -- | | | | | Buy (add'l) | 08/04/17 | J | | |
| 55. -- | | | | | Buy (add'l) | 08/09/17 | J | | |
| 56. -- | | | | | Buy (add'l) | 10/16/17 | J | | |
| 57. Costco Wholesale Corp. | A | Dividend | | | Sold (part) | 03/03/17 | J | A | |
| 58. -- | | | | | Sold | 03/06/17 | J | A | |
| 59. Coca-Cola Co. | A | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 60. -- | | | | | Buy (add'l) | 04/28/17 | J | | |
| 61. -- | | | | | Buy (add'l) | 05/02/17 | J | | |
| 62. Colgate-Palmolive Co. | A | Dividend | J | T | Buy (add'l) | 01/27/17 | J | | |
| 63. Comcast Corp. | A | Dividend | J | T | Sold (part) | 04/12/17 | J | A | |
| 64. -- | | | | | Sold (part) | 09/07/17 | J | A | |
| 65. DIAGEO PLC | A | Dividend | K | T | | | | | |
| 66. Digital Realty Trust Inc. | A | Dividend | J | T | | | | | |
| 67. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 68. Dominion Res. Inc. | A | Dividend | J | T | Buy (add'l) | 02/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Buy (add'l) | 02/21/17 | J | | |
| 70. -- | | | | | Buy (add'l) | 05/18/17 | J | | |
| 71. DuPont | A | Dividend | | | Sold (part) | 05/15/17 | J | A | |
| 72. -- | | | | | Merged (with line 73) | 09/01/17 | J | A | |
| 73. Dow Dupont | A | Dividend | K | T | Open | 09/1/17 | J | | |
| 74. -- | | | | | Buy (add'l) | 09/11/17 | J | | |
| 75. -- | | | | | Buy (add'l) | 11/15/17 | J | | |
| 76. -- | | | | | Buy (add'l) | 11/16/17 | J | | |
| 77. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 78. Ecolab Inc. | A | Dividend | J | T | | | | | |
| 79. Exxon Mobil Corp. | A | Dividend | K | T | Buy (add'l) | 06/06/17 | J | | |
| 80. --. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 81. FNF Group | A | Dividend | J | T | | | | | |
| 82. Fastenal Co. | A | Dividend | K | T | Buy (add'l) | 05/16/17 | J | | |
| 83. General Electric Co. | A | Dividend | | | Sold (part) | 01/23/17 | J | | |
| 84. -- | | | | | Sold (part) | 01/27/17 | J | | |
| 85. -- | | | | | Sold (part) | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Sold (part) | 11/30/17 | J | | |
| 87. -- | | | | | Sold | 12/08/17 | J | | |
| 88. General Mills Co. | A | Dividend | J | T | Buy (add'l) | 06/06/17 | J | | |
| 89. -- | | | | | Buy (add'l) | 06/14/17 | J | | |
| 90. -- | | | | | Buy (add'l) | 09/19/17 | J | | |
| 91. -- | | | | | Buy (add'l) | 10/18/17 | J | | |
| 92. GlaxoSmithKline PLC | A | Dividend | | | Sold | 12/08/17 | J | | |
| 93. Home Depot Inc. | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | | |
| 94. Kraft Heinz Co. | A | Dividend | J | T | Sold (part) | 02/17/17 | J | B | |
| 95. Intel Corp. | A | Dividend | J | T | Sold (part) | 10/04/17 | J | A | |
| 96. International Paper Co. | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 97. Iron Mountain Inc. | A | Dividend | J | T | | | | | |
| 98. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 03/22/17 | J | B | |
| 99. Kimberly-Clark Corp. | A | Dividend | J | T | Sold (part) | 03/22/17 | J | A | |
| 100. -- | | | | | Sold (part) | 03/27/17 | J | A | |
| 101. Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 102. Kohl's Corp. | A | Dividend | | | Sold (part) | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- | | | | | Sold | 08/08/17 | J | | |
| 104.  Linear Technology Corp. | A | Dividend | | | Merged (with line 105) | 03/14/17 | J | A | |
| 105.  Analog Devices Inc. | A | Dividend | J | T | Open | 03/14/17 | J | | |
| 106.  Martin Marietta | A | Dividend | J | T | | | | | |
| 107.  Mattel Inc. | A | Dividend | | | Sold (part) | 02/07/17 | J | A | |
| 108.  -- | | | | | Sold | 02/09/17 | J | A | |
| 109.  McDonald's | A | Dividend | J | T | Sold (part) | 03/22/17 | J | A | |
| 110.  -- | | | | | Sold (part) | 04/26/17 | J | A | |
| 111.  -- | | | | | Sold (part) | 04/28/17 | J | A | |
| 112.  -- | | | | | Sold (part) | 05/02/17 | J | A | |
| 113.  -- | | | | | Sold (part) | 06/06/17 | J | A | |
| 114.  -- | | | | | Sold (part) | 06/14/17 | J | A | |
| 115.  -- | | | | | Sold (part) | 07/17/17 | J | A | |
| 116.  -- | | | | | Sold (part) | 07/19/17 | J | A | |
| 117.  -- | | | | | Sold (part) | 07/31/17 | J | A | |
| 118.  -- | | | | | Sold (part) | 08/04/17 | J | A | |
| 119.  -- | | | | | Sold (part) | 08/09/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Merck & Co. Inc. | A | Dividend | K | T | Sold (part) | 07/31/17 | J | A | |
| 121. MetLife Inc. | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 122. Microsoft Corp. | A | Dividend | K | T | Sold (part) | 04/18/17 | J | A | |
| 123. National Grid PLC | A | Dividend | | | Sold | 12/08/17 | J | | |
| 124. Nestle | A | Dividend | J | T | | | | | |
| 125. Nextera Energy Inc. | A | Dividend | J | T | | | | | |
| 126. Northern Trust Corp. | A | Dividend | J | T | | | | | |
| 127. PPL Corp. | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 128. PPG Indus. Inc. | A | Dividend | J | T | | | | | |
| 129. Paychex Inc. | A | Dividend | J | T | | | | | |
| 130. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 131. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 09/20/17 | J | | |
| 132. Philip Morris | A | Dividend | K | T | Sold (part) | 04/06/17 | J | A | |
| 133. -- | | | | | Sold (part) | 06/14/17 | J | A | |
| 134. Praxair Inc. | A | Dividend | K | T | Buy (add'l) | 11/17/17 | J | | |
| 135. -- | | | | | Buy (add'l) | 12/18/17 | J | | |
| 136. Procter & Gamble Co. | A | Dividend | K | T | Sold (part) | 02/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- | | | | | Sold (part) | 04/06/17 | J | A | |
| 138. -- | | | | | Buy (add'l) | 07/31/17 | J | | |
| 139. -- | | | | | Buy (add'l) | 08/01/17 | J | | |
| 140. -- | | | | | Buy (add'l) | 10/13/17 | J | | |
| 141. Progressive Corp. | A | Dividend | K | T | | | | | |
| 142. Raytheon Co. | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 143. -- | | | | | Sold (part) | 08/10/17 | J | A | |
| 144. Rayonier Inc. | A | Dividend | J | T | | | | | |
| 145. Realty Income Corp. | A | Dividend | J | T | | | | | |
| 146. Sanofi | A | Dividend | J | T | Sold (part) | 06/06/17 | J | A | |
| 147. -- | | | | | Sold (part) | 06/14/17 | J | A | |
| 148. -- | | | | | Sold (part) | 07/17/17 | J | A | |
| 149. -- | | | | | Sold (part) | 07/19/17 | J | A | |
| 150. -- | | | | | Sold (part) | 10/11/17 | J | A | |
| 151. -- | | | | | Sold (part) | 10/25/17 | J | A | |
| 152. Schlumberger Ltd. | A | Dividend | | | Sold | 12/08/17 | J | | |
| 153. The Southern Co. | A | Dividend | K | T | Buy (add'l) | 07/17/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- | | | | | Sold (part) | 04/06/17 | J | A | |
| 155. -- | | | | | Sold (part) | 04/11/17 | J | A | |
| 156. Spectra Energy Corp. | A | Dividend | | | Merged (with line 157) | 02/28/17 | J | B | |
| 157. Enbridge Inc. | A | Dividend | J | T | Open | 02/28/17 | J | | |
| 158. -- | | | | | Buy (add'l) | 03/15/17 | J | | |
| 159. Sysco Corp. | A | Dividend | J | T | | | | | |
| 160. Texas Instruments Inc. | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 161. 3M Co. | A | Dividend | K | T | | | | | |
| 162. Time Warner Inc. | A | Dividend | J | T | Sold (part) | 11/02/17 | J | A | |
| 163. Travelers Cos. Inc. | A | Dividend | J | T | Sold (part) | 03/08/17 | J | A | |
| 164. -- | | | | | Sold (part) | 06/16/17 | J | A | |
| 165. Unilever PLC | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 166. Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 167. UPS | A | Dividend | J | T | Buy (add'l) | 05/08/17 | J | | |
| 168. -- | | | | | Buy (add'l) | 07/17/17 | J | | |
| 169. -- | | | | | Buy (add'l) | 07/19/17 | J | | |
| 170. United Health Group Inc. | A | Dividend | J | T | Sold (part) | 08/18/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ventas Inc. | A | Dividend | J | T | Buy (add'l) | 03/22/17 | J | | |
| 172. Verizon Communications | B | Dividend | K | T | Buy (add'l) | 05/18/17 | J | | |
| 173. -- | | | | | Buy (add'l) | 07/17/17 | J | | |
| 174. -- | | | | | Sold (part) | 04/21/17 | J | A | |
| 175. Vodafone Group PLC | B | Dividend | K | T | Buy (add'l) | 03/22/17 | J | | |
| 176. Wal-Mart Stores | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 177. Waste Management Inc. | A | Dividend | J | T | | | | | |
| 178. WEC Energy Group Inc. | A | Dividend | J | T | | | | | |
| 179. Welltower Inc. | A | Dividend | J | T | | | | | |
| 180. Weyerhaeuser Co. | A | Dividend | K | T | | | | | |
| 181. Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 182. Abbvie Inc. | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 183. -- | | | | | Sold (part) | 07/31/17 | J | A | |
| 184. -- | | | | | Sold (part) | 09/19/17 | J | A | |
| 185. -- | | | | | Sold (part) | 09/25/17 | J | A | |
| 186. -- | | | | | Sold (part) | 10/16/17 | J | A | |
| 187. -- | | | | | Sold (part) | 10/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -- | | | | | Sold (part) | 10/25/17 | J | A | |
| 189. -- | | | | | Sold (part) | 10/30/17 | J | A | |
| 190. Astrazeneca PLC | A | Dividend | J | T | Buy (add'l) | 02/10/17 | J | | |
| 191. -- | | | | | Buy (add'l) | 03/22/17 | J | | |
| 192. -- | | | | | Buy (add'l) | 08/04/17 | J | | |
| 193. -- | | | | | Buy (add'l) | 08/09/17 | J | | |
| 194. Bank of America Corp. | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 195. -- | | | | | Buy (add'l) | 02/28/17 | J | | |
| 196. -- | | | | | Buy (add'l) | 04/25/17 | J | | |
| 197. -- | | | | | Buy (add'l) | 05/15/17 | J | | |
| 198. Blackrock Inc. | A | Dividend | J | T | Buy (add'l) | 04/25/17 | J | | |
| 199. -- | | | | | Buy (add'l) | 05/15/17 | J | | |
| 200. Consolidated Edison Inc. | A | Dividend | | | Sold (part) | 11/07/17 | J | A | |
| 201. -- | | | | | Sold | 11/21/17 | J | A | |
| 202. Crown Castle Intl Corp. | A | Dividend | J | T | Buy (add'l) | 03/22/17 | J | | |
| 203. -- | | | | | Buy (add'l) | 04/26/17 | J | | |
| 204. -- | | | | | Sold (part) | 11/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Graco Inc. | A | Dividend | J | T | | | | | |
| 206. IBM | A | Dividend | | | Sold | 02/27/17 | J | A | |
| 207. Mondelez Intl | A | Dividend | J | T | Buy (add'l) | 11/17/17 | J | | |
| 208. Novartis AG | A | Dividend | | | Sold (part) | 05/16/17 | J | A | |
| 209. -- | | | | | Sold | 05/18/17 | J | A | |
| 210. Occidental Pete Corp. | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 211. -- | | | | | Buy (add'l) | 03/22/17 | J | | |
| 212. -- | | | | | Buy (add'l) | 04/11/17 | J | | |
| 213. -- | | | | | Buy (add'l) | 10/25/17 | J | | |
| 214. Pentair PLC | A | Dividend | J | T | | | | | |
| 215. Total S.A. Spons. ADR | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 216. -- | | | | | Buy (add'l) | 04/06/17 | J | | |
| 217. -- | | | | | Buy (add'l) | 05/16/17 | J | | |
| 218. -- | | | | | Buy (add'l) | 10/11/17 | J | | |
| 219. Zoetis Inc. | A | Dividend | J | T | | | | | |
| 220. Arconic Inc. PFD | A | Dividend | | | Sold | 01/10/17 | K | | |
| 221. Bank of America PFD | A | Dividend | K | T | Buy | 04/03/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Becton PFD | B | Dividend | K | T | Buy | 05/22/17 | K | | |
| 223. Dominion Resources PFD | | None | | | Sold | 01/10/17 | K | | |
| 224. Ebay Inc. PFD | B | Dividend | K | T | | | | | |
| 225. Goldman Sachs PFD | A | Dividend | K | T | Buy | 04/03/17 | K | | |
| 226. Great Plains Energy PFD | B | Dividend | | | Redeemed | 08/17/17 | K | | |
| 227. JP Morgan PFD | B | Dividend | K | T | | | | | |
| 228. Kinder Morgan PFD | C | Dividend | | | Buy | 01/10/17 | K | | |
| 229. -- | | | | | Sold | 12/07/17 | K | | |
| 230. Nextera Energy PFD | | None | | | Sold | 01/10/17 | K | | |
| 231. PNC Fin. Svs. PFD | B | Dividend | K | T | Buy | 01/10/17 | K | | |
| 232. Qwest Corp. PFD | C | Dividend | K | T | Buy (add'l) | 01/13/17 | K | | |
| 233. AFLAC Inc. | A | Dividend | J | T | Buy | 06/09/17 | J | | |
| 234. -- | | | | | Buy (add'l) | 06/19/17 | J | | |
| 235. Black Knight | | None | J | T | Buy | 10/02/17 | J | | |
| 236. British American Tob. | A | Dividend | J | T | Buy | 11/17/17 | J | | |
| 237. -- | | | | | Buy (add'l) | 11/21/17 | J | | |
| 238. CDN Imp. BK | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- | | | | | Buy (add'l) | 07/19/17 | J | | |
| 240. -- | | | | | Buy (add'l) | 07/31/17 | J | | |
| 241. -- | | | | | Buy (add'l) | 10/18/17 | J | | |
| 242. -- | | | | | Buy (add'l) | 10/25/17 | J | | |
| 243. -- | | | | | Buy (add'l) | 11/17/17 | J | | |
| 244. General Motors Co. | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 245. -- | | | | | Buy (add'l) | 02/21/17 | J | | |
| 246. -- | | | | | Buy (add'l) | 02/23/17 | J | | |
| 247. -- | | | | | Buy (add'l) | 09/13/17 | J | | |
| 248. -- | | | | | Buy (add'l) | 10/02/17 | J | | |
| 249. Healthcare TR Amer. | A | Dividend | J | T | Buy | 05/03/17 | J | | |
| 250. -- | | | | | Buy (add'l) | 05/09/17 | J | | |
| 251. Ishares Select | A | Dividend | K | T | Buy | 12/08/17 | K | | |
| 252. Mastercard | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 253. -- | | | | | Buy (add'l) | 02/23/17 | J | | |
| 254. -- | | | | | Buy (add'l) | 02/28/17 | J | | |
| 255. -- | | | | | Buy (add'l) | 03/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. McCormick & Co. | A | Dividend | J | T | Buy | 07/11/17 | J | | |
| 257. -- | | | | | Buy (add'l) | 07/12/17 | J | | |
| 258. -- | | | | | Buy (add'l) | 07/13/17 | J | | |
| 259. -- | | | | | Buy (add'l) | 11/07/17 | J | | |
| 260. -- | | | | | Buy (add'l) | 11/17/17 | J | | |
| 261. Phillips 66 | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 262. Polaris Indus. | A | Dividend | K | T | Buy | 03/06/17 | J | | |
| 263. -- | | | | | Buy (add'l) | 03/22/17 | J | | |
| 264. -- | | | | | Buy (add'l) | 04/07/17 | J | | |
| 265. Public Storage Inc. | A | Dividend | J | T | Buy | 05/16/17 | J | | |
| 266. -- | | | | | Buy (add'l) | 06/06/17 | J | | |
| 267. -- | | | | | Buy (add'l) | 06/14/17 | J | | |
| 268. -- | | | | | Buy (add'l) | 07/31/17 | J | | |
| 269. -- | | | | | Buy (add'l) | 10/16/17 | J | | |
| 270. Public SVC | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 271. -- | | | | | Buy (add'l) | 04/11/17 | J | | |
| 272. -- | | | | | Buy (add'l) | 07/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SPDR Trust | A | Dividend | J | T | Buy | 12/08/17 | J | | |
| 274. U.S. Bancorp New | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 275. Visa, Inc. Class A | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 276. -- | | | | | Buy (add'l) | 02/23/17 | J | | |
| 277. -- | | | | | Buy (add'l) | 02/28/17 | J | | |
| 278. -- | | | | | Buy (add'l) | 03/15/17 | J | | |
| 279. Williams Cos. Inc. | A | Dividend | J | T | Buy | 01/10/17 | J | | |
| 280. -- | | | | | Buy (add'l) | 01/26/17 | J | | |
| 281. -- | | | | | Buy (add'l) | 02/28/17 | J | | |
| 282. -- | | | | | Buy (add'l) | 03/02/17 | J | | |
| 283. Colony Northstar | A | Dividend | | | Buy | 07/07/17 | J | | |
| 284. -- | | | | | Buy (add'l) | 07/19/17 | J | | |
| 285. -- | | | | | Buy (add'l) | 07/20/17 | J | | |
| 286. -- | | | | | Buy (add'l) | 07/21/17 | J | | |
| 287. -- | | | | | Sold | 12/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan N. Bloch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544